IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Akins, John | Case Number: 07 B 08152 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/19/07 | Filed: 5/4/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 30, 2007
Confirmed: July 31, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,925.00 | |
| Secured: | | 7,300.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,274.00 |
| Trustee Fee: | | 603.58 |
| Other Funds: | | 3,747.42 |
| Totals: | 14,925.00 | 14,925.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Philip A. Igoe | Administrative | 3,274.00 | 3,274.00 |
| 2. | I Return Inc | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 4,467.53 | 300.00 |
| 4. | I Return Inc | Secured | 7,000.00 | 7,000.00 |
| 5. | Lincoln Park Savings Bank | Secured | 181,622.33 | 0.00 |
| 6. | Gottlieb | Unsecured | 154.23 | 0.00 |
| 7. | Lease Finance Group | Unsecured | 1,992.62 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 635.46 | 0.00 |
| 9. | American General Finance | Unsecured | 216.04 | 0.00 |
| 10. | City Of Chicago | Unsecured | 4,655.00 | 0.00 |
| 11. | Javonnie Smith | Priority | | No Claim Filed |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 13. | Chase Automotive Finance | Unsecured | | No Claim Filed |
| 14. | City Of Chicago | Unsecured | | No Claim Filed |
| 15. | Foxdale Bank | Unsecured | | No Claim Filed |
| 16. | First Premier | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 204,017.21 | $ 10,574.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 603.58 |
| | _____ |
| | $ 603.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Akins, John | Case Number: 07 B 08152 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/19/07 | Filed: 5/4/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

